UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JUSTIN B., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. 2:23-cv-00305-LEW |
| ) | |
| SOCIAL SECURITY ADMINISTRATION ) | |
| COMMISSIONER, ) | |
| ) | |
| Defendant ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

On April 24, 2024, United States Magistrate Judge Karen Frink Wolf filed with the court, with copies to counsel, her Report and Recommended Decision (ECF No. 20). Plaintiff objects to the Magistrate Judge's conclusion that the administrative law judge's ("ALJ's") treatment of a functional capacity opinion offered by Plaintiff's physical therapist was supported by substantial evidence and in keeping with the ALJ's duty to resolve conflicts of evidence. The matter of the appropriate weight to assign to the physical therapist's opinion is the solitary point of error raised in Plaintiff's pleadings.

I have reviewed and considered the Recommended Decision, Plaintiff's Objection (ECF No. 21), the Commissioner's Response, and the relevant portions of the record that inform Plaintiff's claim or error. Considering the matter *de novo*, I concur with the recommendation of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED.  The Commissioner's decision is AFFIRMED.

**SO ORDERED.**

Dated this 28th day of August, 2024.

/s/ Lance E. Walker
Chief U.S. District Judge
